UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DE'ANTHONY A'SHAWN WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 25-0784 |
| ST. TAMMANY PARISH JAIL, ET AL. | SECTION "P" (2) |

## ORDER AND REASONS

Pending before the Court is plaintiff De'Anthony A'Shawn Williams's ("Williams") **Motion for Reconsideration (ECF No. 6)** of the Court's order denying him pauper status. Williams filed a complaint pursuant to 42 U.S.C. § 1983 for which he seeks to leave to proceed *in forma pauperis*. However, at the time of filing, Williams did not submit a completed, signed application to proceed as a pauper nor did he provide the Court with the inmate account certification required by law and which is necessary to properly consider his eligibility to proceed *in forma pauperis*. *See* Fed. R. Civ. Proc. 11(a); 28 U.S.C. § 1915(a)(2).

On April 22, 2025, the Clerk's office sent Williams a notice of these deficiencies along with a blank application for him to proceed as a pauper. ECF No. 2. In response, Williams did not fill out the provided form but submitted a handwritten pauper application and a printout of his account history without the required inmate account certification completed by an authorized officer of the facility. ECF No. 4 at 1; *id*. at 4-11. Thus, the Court denied his motion to proceed as a pauper without the required inmate account certification completed by an authorized officer of the facility. ECF No. 5.

In his motion to reconsider, Williams again submitted a printout of his account history without the proper form and without the inmate account certification as required by 28 U.S.C. § 1915(a)(2). ECF No. 6 at 3-10. Should Williams submit a completed application with the relevant signature page and certified account statement completed by an authorized official at the facility, the Court can then reassess his eligibility to proceed as a pauper.

Accordingly,

**IT IS ORDERED** that De'Anthony A'Shawn Williams's **Motion for Reconsideration (ECF No. 6)** is **DENIED WITHOUT PREJUDICE** because plaintiff has not submitted a completed application to proceed *in forma pauperis* including the relevant signature page and certified account statement pursuant to Fed. R. Civ. Pro. 11(a) and 28 U.S.C. § 1915(a)(2).

New Orleans, Louisiana, this 8th day of July, 2025.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**